UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARRELL JONES,<br>*Plaintiff,*<br><br>vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security<br>*Defendant.* | Civ. Action No. 5:23-cv-00403 |

### STIPULATION FOR ALLOWANCE OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT AND COSTS UNDER 28 U.S.C. § 1920

**IT IS HEREBY STIPULATED** by and between Shannon Fishel, Special Assistant United States Attorney, for Carla B. Freedman, the United States Attorney for the Northern District of New York, attorneys for the defendant herein, and Melissa Kubiak, attorney for the Plaintiff, that the Commissioner of Social Security pay to the Plaintiff attorney fees in the amount of **$7,849.16,** pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

It is further agreed that Plaintiff is awarded costs under 28 U.S.C. § 1920 in the amount of **$402.00**.

Dated: July 30, 2024

| | | | |
|---|---|---|---|
| By: | */s/ Shannon Fishel* | By: | */s/ Melissa M. Kubiak* |
| | SHANNON FISHEL | | MELISSA M. KUBIAK |
| | Special Assistant United States Attorney | | Hiller Comerford Injury & |
| | Northern District of New York | | Disability Law |
| | Office of Program Litigation, Office 2 | | 6000 North Bailey Avenue |
| | Office of the General Counsel | | Suite 1A |
| | Social Security Administration | | Amherst, NY 14226 |
| | 6401 Security Boulevard | | (716) 564-3288 |
| | Baltimore, MD 21235 | | mkubiak@hillercomerford.com |
| | (404) 562-1076 | | *Attorney for Plaintiff* |
| | Shannon.Fishel@ssa.gov | | |
| | *Attorney for Defendant* | | |

**SO ORDERED:**

Glenn T. Suddaby
U.S. District Judge

   August   , 5 , 2024